BRANHAM *v.* THE STATE.

APPEAL from the *Johnson* Court of Common Pleas.

*Per Curiam.*—This was a prosecution against *Branham*
and others for a riot. *Branham* was tried separately, and
convicted, &c.

But one error is assigned, and that is upon the refusal
of the Court to give certain instructions asked by the de-
fendant.

The instructions were upon several points, and are num-
bered from one to six, some of which contain correct expo-
sitions of the law, and others do not. The exception to
the ruling of the Court was general as to all, and, there-
fore, not available as to any of such instructions, as we
have several times decided (1).

The record does not show that any written reasons for
a new trial were filed.

The judgment is affirmed with costs.

*F. M. Finch*, for the appellant.

*R. A. Reiley*, *N. B. Taylor*, and *J. Coburn*, for the state.

(1) See *Jolly* v. *The Terre Haute Drawbridge Co.*, 9 Ind. R. 417, 421.